CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Andrew J. Sommer, State Bar No. 192844
CONN MACIEL CAREY LLP
870 Market Street, Suite 1151
San Francisco, California 94102
Telephone: (415) 268-8894
Facsimile: (415) 268-8881
asommer@connmaciel.com
Attorneys for Defendant,
Mid Peninsula Hotel, LLC

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
3/23/2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MID PENINSULA HOTEL, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 4:19-CV-00062-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 23, 2020          CENTER FOR DISABILITY ACCESS

                                               By: /s/ Amanda Lockhart Seabock
                                                       Amanda Lockhart Seabock
                                                       Attorneys for Plaintiff

Dated: March 23, 2020          CONN MACIEL CAREY LLP

                                               By: /s/ Andrew J. Sommer
                                                     Andrew J. Sommer
                                                     Attorney for Defendant
                                                     Mid Peninsula Hotel, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Andrew J. Sommer, counsel for Mid Peninsula Hotel, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: March 23, 2020          CENTER FOR DISABILITY ACCESS

                                          By: /s/ Amanda Lockhart Seabock
                                                  Amanda Lockhart Seabock
                                                  Attorneys for Plaintiff